UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| HARVEY HAND | ) CASE NO. 07-20082 |
| SUE HAND | ) |
| | ) CHAPTER 13 |
| DEBTORS | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $16.02 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Centrix Financial filed a Proof of Claim on January 26, 2007.
3. That your Trustee sent payment in the amount of $16.02 on their claim in September of 2009.
4. To date that check remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $16.02 into U.S. Treasury Fund 106000 on behalf of Centrix Financial, 6782 Potomac Street, Centennial, CO 80112.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 29, 2009, service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtors' attorney electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael

Distribution

Harvey & Sue Hand, 3356 Iowa Street, Lake Station, IN 46405