UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 Proceeding |
| Harvey and Sue Hand ) | Case No.  07-20082 |
| ) | |
| Debtors ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $0.92 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Centrix Financial filed a proof of claim on January 26, 2007.
3. That your Trustee attempted to make payment of $0.92 on said claim in October 2009 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $0.92 into U.S. Treasury Fund 106000 on behalf of creditor Centrix Financial whose last know address was 6782 S. Potomac Street, Centennial, CO 80112.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtors by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Harvey and Sue Hand, 3356 Iowa Street, Lake Station, IN 46405